# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

---

Case No. 6D23-3096
Lower Tribunal No. 95-CF-002536

---

JOSEPH P. BROOKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

---

Appeal Pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Robert Branning, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and SMITH, JJ., concur.

Joseph P. Brooks, East Palatka, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED